[No. 55696-7-I.   Division One.   April 3, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY JIM O'CLAIR, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-01582-3, Steven J. Mura, J., entered January 13, 2005. *Remanded* by unpublished per curiam opinion.

[No. 55978-8-I.   Division One.   April 3, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL PAUL HENRY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-00102-6, Douglass A. North, J., entered March 28, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56010-7-I.   Division One.   April 3, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH GARY JENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00748-1, Charles Snyder, J., entered March 17, 2005. *Reversed* by unpublished per curiam opinion.

[No. 56030-1-I.   Division One.   April 3, 2006.]

EQUILON ENTERPRISES, L.L.C., *Appellant,* v. GREAT AMERICAN ALLIANCE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-02071-9, Sharon S. Armstrong, J., entered April 4, 2005. *Reversed* by unpublished opinion per Appelwick, C.J., concurred in by Agid and Cox, JJ. Now published at 132 Wn. App. 430.